UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60516-LEIBOWITZ

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

DASSAULT FALCON 900 EX,
SERIAL NUMBER 007,
TAIL NUMBER T7-ESPRT,

    *Defendant in rem.*

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Order of Forfeiture by Default Judgment ("the Motion") [ECF No. 9], filed on July 30, 2025.  Being fully advised and for good cause shown, the Court finds as follows:

    1.    On March 18, 2025, the United States filed a Verified Complaint for Forfeiture *in Rem* ("Verified Complaint") alleging that the following Defendant *In Rem, a* Dassault Falcon 900 EX, serial number 007, tail number T7-ESPRT ("Defendant Asset"), was subject to forfeiture to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), 50 U.S.C. § 4819(d), and the procedures set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), and the Federal Rules of Civil Procedure.  [ECF No. 1].  The Court has reviewed the Verified Complaint, which states that the Defendant Asset was purchased in and smuggled from Boca Raton, Florida.

    2.    The United States published notice of this action on an official internet government site for at least 30 consecutive days between March 29, 2025, and April 27, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules.  [*See* ECF No. 5].

    3.    In accordance with Rule G(4)(b) of the Supplemental Rules, the Government sent

direct notice of the instant civil forfeiture action and a copy of the Verified Complaint to potential claimants to the Defendant Asset.  [*See* ECF No. 7-1].

4. None of the known potential claimants are minors, mentally incompetent, or in military service in the United States.  [*See* ECF No. 7-2].

5. To date, no claims have been filed for the Defendant Asset, and the time for doing so has expired.

6. The Motion established that the Court had subject-matter and *in rem* jurisdiction over the Defendant Asset, that the United States properly effectuated service of process, and that the well-pleaded factual allegations of the Verified Complaint state a claim upon which relief may be granted.

For the reasons stated above, the Motion **[ECF No. 9]** is **GRANTED**.  It is hereby, **ORDERED AND ADJUDGED** that:

1. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Rule G of the Supplemental Rules, and Rules C and E of the Local Admiralty and Maritime Rules, default judgment is entered in favor of the United States and against the Defendant Asset (Dassault Falcon 900 EX, serial number 007, tail number T7-ESPRT), and against all other persons for failure to timely plead, answer, or otherwise defend the Defendant Asset;

2. The Defendant Asset is forfeited to the United States of America;

3. Any duly authorized law enforcement official may seize, take possession of, and dispose of the Defendant Asset according to law; and

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in the Southern District of Florida on July 31, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:counsel of record